UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO JR.,

                    Plaintiff,

          -against-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK,

                    Defendant.

20-CV-0236 (CM)

CIVIL JUDGMENT

     Pursuant to the order issued January 22, 2020, dismissing the complaint,

     IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i).

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

 Dated:    January 22, 2020
           New York, New York

_____
          COLLEEN McMAHON
     Chief United States District Judge